IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Chelsea Moshier, | Court File No.: 11-CV-2761 JNE/TNL |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Gould Brothers Chevrolet Company, Ally Financial Inc. f/k/a GMAC, Inc., Ally Servicing LLC f/k/a Semperian LLC; Minnesota Repossessors d/b/a Repossessers, Inc.; and Paul Muenzhuber, individually, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in this case, through their respective undersigned legal counsel, that all of the claims and counterclaims that were asserted or that could have been asserted in this case may be dismissed with prejudice pursuant to Rule 41.01(a) of the Federal Rules of Civil Procedure, but without costs being awarded to any party.

                                                  Consumer Justice Center, P.A.

Dated: February 27, 2013                /s/ Thomas J. Lyons, Jr.
                                                  Thomas J. Lyons, Jr., I.D. No. 0249646
                                                  367 Commerce Court
                                                  Vadnais Heights, MN 55127
                                                  Telephone: (651) 770-9707

                                                  *Attorneys for Plaintiff Chelsea Moshier*

Cousineau McGuire, Chartered

Dated: February 27, 2013

/s/ Robyn K. Johnson
Robyn K. Johnson, I.D. No. 0309734
550 Utica Avenue South Suite 600
Minneapolis, MN 55416
Telephone: (952) 546-8400

*Attorneys for Defendant Gould Brothers Chevrolet Company*

Messerli & Kramer P.A.

Dated: February 19, 2013

/s/ Kristy A. Saum
Kristy A. Saum, I.D. No. 0346974
100 S. 5th Street, Suite 1400
Minneapolis, MN 55402
Telephone: (612) 672-3600

*Attorneys for Defendants Ally Financial, Inc. and Ally Services, LLC*

Lind, Jensen, Sullivan & Peterson
A Professional Association

Dated: February 27, 2013

/s/ Paul C. Peterson
Paul C. Peterson, I.D. No. 015143
Ryan P. Myers, I.D. No. 0389211
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-3637

*Attorneys for Defendants Minnesota Repossessors, Inc. and Paul Muenzhuber*

1515030